*People* v. *Solomon,* 174 App. Div. 144, affirmed.
(Argued April 26, 1917; decided May 15, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 6, 1916, which affirmed a judgment of the Court of Special Sessions of the city of New York convicting the defendants of the crime of bookmaking in violation of section 986 of the Penal Law.

*William Wills* for appellants.

*Denis O'Leary, District Attorney (William J. Morris, Jr.,* and *Theodore J. Groh* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH TORTORA et al., Appellants.

*People* v. *Tortora,* 176 App. Div. 930, affirmed.
(Argued April 26, 1917; decided May 15, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department,

entered January 5, 1917, which affirmed a .judgment of. the Court of Special Sessions of the city of New York convicting the defendants of the crime of bookmaking in violation of section 986 of the Penal Law. ·

*William Wills* for appellants.

*Denis O'Leary, District Attorney* (*William J. Morris Jr.,* and *Theodore J. Groh* of counsel), for respondent.

Judgment affirmed;· no opinion.

Concur: HISCOCK, Ch. J., CHASE; HOGAN, CARDOZO, MCLAUGHLIN, CRANE and ANDREWS, JJ.